CITY OF JOHNSTOWN, Respondent, v. ROGERS et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 21, 1897.) Action by the city of Johnstown against Andrew J. Rogers, impleaded with Mag-

gie Rogers and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to serve an amended answer within 20 days, upon payment of costs of the demurrer and of this appeal. See 45 N. Y. Supp. 661.